IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICK ROBINSON,

    Plaintiff,

v.                                        Case No. 19-cv-867-jdp

MELODY NAVANO AND
R. SCHUELER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| s/ | 2/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |